UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

VIVIAN JACKSON, Personal Representative
of the Estate of Darius Johnell James,

    Plaintiff,

v.                                            Case No.  5:10-cv-568-Oc-10TBS

EDWARD DEAN, Sheriff of Marion County
Florida, in his representative capacity, et al.,

    Defendants.

## ORDER

Pending before the Court is Plaintiff's Unopposed Motion for Extension of Time to Re-File exhibits to Plaintiff's Opposition(s) to Motions for Summary Judgment filed by Defendants Dean, West, Burnett, Ross and McEwen (Doc. No. 40).  After due consideration, the motion is GRANTED.  Plaintiff has through January 23, 2012, within to re-file legible copies of her exhibits previously attached to her responses in opposition to the defendants' motions.

    IT IS SO ORDERED.

    DONE AND ORDERED in Ocala, Florida, on January 18, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel